# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTY LAMBERT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:21-211 |
| v. ) | |
| ) | |
| **COMMONWEALTH OF PENNSYLVANIA,** ) | |
| **DEPARTMENT OF CORRECTIONS,** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, through their respective Counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in the above-captioned action in their entirety with prejudice, with each Party to bear their own costs and attorneys' fees. The Parties further stipulate that no Party is the prevailing party in this action.

| | |
|---|---|
| MURPHY LAW GROUP, LLC | OFFICE OF ATTORNEY GENERAL |
| | |
| */s/ Andrew J. Schreiber* | */s/ Michael Gaetani* |
| Andrew J. Schreiber, Esq. | Michael P. Gaetani, Esq. |
| Eight Penn Center, Suite 2000 | 1251 Waterfront Place |
| 1628 John F. Kennedy Blvd. | Mezzanine Level |
| Philadelphia, PA 19103 | Pittsburgh, PA 15222 |
| Tel: (267) 273-1054 | Tel: (412) 235-9071 |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| Dated: July 8, 2024 | Dated: July 8, 2024 |